CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 26 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| TROY LEE KNUCKLES, JR.,<br>    Plaintiff, | Civil Action No. 7:05-CV-00243 |
| v. | **FINAL ORDER** |
| TAZEWELL COUNTY, et al.,<br>    Defendants. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

that the above referenced civil action, construed by the court as a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice, pursuant to Rule 4 of the Rules Governing § 2254 Cases, and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 24th day of April, 2006.

/s/ Glen E. Conrad
United States District Judge